**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| **REBECCA LYNN STACY** | **CIVIL ACTION NO. 6:25-22-KKC** |
| **Plaintiff,** | |
| **v.** | **JUDGMENT** |
| **FRANK BISIGNANO,** **COMMISSIONER OF SSA,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. Plaintiff Rebecca Lynn Stacy's request that the Court find her disabled from July 1, 2017 to June 12, 2022 or, alternatively, vacate the ALJ's decision and remand this matter to the agency for further proceedings (R. 14) is DENIED;

2. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards; and

3. This judgment is FINAL and APPEALABLE.

This 24th day of March, 2026.



Signed By:
*Karen K. Caldwell*
**United States District Judge**